```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0216--CV (RRB)
              "KRAIG PETERSON V ALYESKA SALES & SERVICE"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/01/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (4) Incorporated or Principal Place of Business in This State

   Nature of Suit: (360) Other personal injury

           Origin: (2) Removed from State Court
           Demand: 75
       Filing fee: Paid $250.00 on 09/01/05 receipt # 00126498
         Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1        PETERSON, KRAIG                    Philip D. Maloney
                                                  2525 C Street, Suite 425
                                                  Anchorage, AK 99503
                                                  907-770-0007
                                                  FAX 907-222-0007

DEF 1.1        ALYESKA SALES & SERVICE INC        Donna M. Meyers
                                                  Delaney Wiles et al
                                                  1007 W. 3rd Avenue, Suite 400
                                                  Anchorage, AK 99501
                                                  907-279-3581
                                                  FAX 907-277-1331

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0216--CV (RRB)
                         "KRAIG PETERSON V ALYESKA SALES & SERVICE"

                                   For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/01/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (2) Citizen of Another State
      DEF Diversity: (4) Incorporated or Principal Place of Business in This State

     Nature of Suit: (360) Other personal injury

             Origin: (2) Removed from State Court
             Demand: 75
         Filing fee: Paid $250.00 on 09/01/05 receipt # 00126498
           Trial by: Jury


Document #   Filed      Docket text

    1 -  1   09/01/05   DEF 1 Notice of Removal from Superior Court for the State of Alaska at
                        Kenai case no. 3KN-05-590CI w/att exhs.

    2 -  1   09/01/05   DEF 1 Service List.

    3 -  1   09/01/05   DEF 1 Disclosure Statement.

    4 -  1   09/06/05   RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                        file w/crt w/i 10 days copies of state court docs & svc list. cc: cnsl

    5 -  1   09/07/05   DEF 1 Jury Demand.

    6 -  1   09/07/05   DEF 1 Answer to Complaint.

    7 -  1   09/09/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    8 -  1   09/16/05   DEF 1 Notice of compliance w/att exhs.

    9 -  1   10/07/05   PLF 1; DEF 1  Scheduling & Planning Conference Report.

   10 -  1   10/17/05   (Faxed copy) RRB Scheduling and Planning Order setting pretrial
                        deadlines: Original discovery 08/07/06; Dispositive motions deadline
                        09/08/06; Estimate of trial 5 days. cc: cnsl

   11 -  1   11/08/05   DEF 1 Initial Disclosures w/att exhs.

   11 -  2   11/08/05   DEF 1 Witness List.
```