Donna M. Meyers
dmm@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581 telephone
(907) 277-1331 fax

Attorneys for Defendant
Alyeska Sales and Service, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ALYESKA SALES AND SERVICE, INC., | ) Case No. A05-216 CV (RBB) ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

The parties, having conferred, hereby jointly submit status of this case to the Court.

**A.    Nature of the Case**

1.    <u>Lead attorneys</u>:    P. Dennis Maloney for Plaintiff; Donna M. Meyers for Defendant.

2.    <u>Basis for federal jurisdiction</u>:    Diversity jurisdiction pursuant to 28 U.S.C. § 1332; plaintiff is a Montana citizen and defendant is a citizen of Alaska.

3. <u>Nature of the claims asserted in the complaint and any counterclaims</u>: Plaintiff is making a claim for personal injury, alleging negligence and asserting damage claims for lost wages, and pain and suffering. Defendant has made no counterclaim.

4. <u>Names of parties that have not been served</u>: None.

5. <u>Principal legal issues</u>: Whether Defendant was negligent and breached any duty to exercise reasonable care in maintaining the premises, and whether Plaintiff's alleged damages were proximately caused by the alleged breach.

6. <u>Principal factual issues</u>: Whether the property on which Plaintiff was injured was in the sole custody, care and/or control of Defendant, and if so, whether Defendant exercised reasonable care in maintaining the property, whether Plaintiff failed to exercise reasonable care, and whether Plaintiff suffered any damages proximately caused by Defendant's alleged breach of its duty to maintain the premises.

**B.   DISCOVERY.**

1. <u>Completed and remaining discovery</u>: To date, no depositions have been taken. Some discoverable documents have been gathered and exchanged, but all relevant documents have not yet been gathered and exchanged.

2. <u>Pending and anticipated motions</u>: No motions are currently pending. Plaintiff does not anticipate the filing of any motions based on the information presently available to Plaintiff.

3. <u>Previously entered rulings on substantive issues</u>: None.

4. <u>Previously filed status reports</u>: None.

**C.   TRIAL**

1.   Trial length and jury request:   The parties expect the case will take five days to try.  A jury is requested.

**D.   SETTLEMENT**

1.   The parties have not engaged in any negotiations or settlement discussions in this case.  As noticed in the parties' October 7, 2005 Scheduling and Planning Conference Report, the parties will file a request for alternative dispute resolution no later than 90 days before discovery closes.

DATED at Anchorage, Alaska this 23rd day of May, 2006.

DELANEY WILES, INC.
Attorneys for Defendant
Alyeska Sales and Service, Inc.


s/Donna M. Meyers (CONSENT)
Alaska Bar No.:  9006011
dmm@delaneywiles.com
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
PHONE:  279-3581/FAX:  277-1331


P. DENNIS MALONEY, P.C.
Attorneys for Plaintiff Kraig Peterson

s/P. Dennis Maloney (CONSENT)
2525 C Street, Suite 425
Anchorage, Alaska   99503
PHONE:  770-0007/FAX:  222-0007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2006, a copy of the foregoing **JOINT STATUS REPORT** was served electronically on:

P. Dennis Maloney and
Jeffrey Magid
2525 C Street, Suite 425
Anchorage, Alaska 99503

s/Donna M. Meyers (117362)