Donna M. Meyers
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581 telephone
(907) 277-1331 fax

*Attorneys for Defendant*
*Alyeska Sales and Service, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON,           )<br>                           )<br>        Plaintiff,         )<br>                           )<br>   vs.                     )<br>                           )<br>ALYESKA SALES AND SERVICE, )<br>INC.,                      )<br>                           )<br>        Defendant.         )<br>_____) | Case No. A05-216 CV (TMB) |

## STIPULATION FOR EXTENSION OF TIME

The parties agree that the time for the parties to complete discovery may be extended for one month from August 7, 2006 to September 7, 2006. The parties anticipate the plaintiff, who resides in Montana, will be deposed during the requested time extension. This stipulation is not being entered into for the purpose of delay.

DATED this 7th day of August, 2006, in Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant
Alyeska Sales and Service, Inc.

s/Donna M. Meyers (CONSENT)
Alaska Bar No.:  9006011
dmm@delaneywiles.com
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE:  279-3581/FAX:  277-1331

P. DENNIS MALONEY, P.C.
Attorneys for Plaintiff Kraig Peterson

s/P. Dennis Maloney (CONSENT)
2525 C Street, Suite 425
Anchorage, Alaska   99503
PHONE:  770-0007/FAX:  222-0007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of August, 2006, a copy of the foregoing **STIPULATION FOR TIME EXTENSION** was served electronically on:

P. Dennis Maloney and
Jeffrey Magid
2525 C Street, Suite 425
Anchorage, Alaska 99503

s/Donna M. Meyers (120320)