Donna M. Meyers
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
(907) 279-3581 telephone
(907) 277-1331 fax

*Attorneys for Defendant*
*Alyeska Sales and Service, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON,<br><br>    Plaintiff,<br><br> vs.<br><br>ALYESKA SALES AND SERVICE, INC.,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-216 CV (TMB) |

**(PROPOSED) ORDER GRANTING TIME EXTENSION**

    Based upon the stipulation of the parties to extend the deadline for close of discovery by one month from August 7, 2006 to September 7, 2006, the new deadline for close of discovery is September 7, 2006.

    IT HEREBY ORDERED this _____ day of _____, 2006 at Anchorage, Alaska.

                      _____
                      Timothy M. Burgess
                      United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day
of August, 2006, a copy of the foregoing
**(PROPOSED) ORDER GRANTING TIME EXTENSION**
was served electronically on:

P. Dennis Maloney and
Jeffrey Magid
2525 C Street, Suite 425
Anchorage, Alaska 99503

s/Donna M. Meyers (120322)