P. DENNIS MALONEY, P.C.
2525 C Street, Ste. 425
Anchorage, AK  99503
(907) 770-7007
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON,<br><br>      Plaintiff,<br><br>vs.<br><br>ALYESKA SALES AND SERVICE, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-00216 CV (TMB) |

### REQUEST FOR STATUS CONFERENCE

Pursuant to the court's November 3, 2006 Order, plaintiff requests a status conference with the court.

P. DENNIS MALONEY, P.C.
Attorneys for Plaintiff

DATED: 11/19/06

By: _____
    P. Dennis Maloney
    AK Bar No. 7410089

REQUEST FOR STATUS CONFERENCE
*Peterson v. Alyeska Sales and Service, Inc.*, Case No. A05-216 CV (RBB)
Page 1 of 1

P. DENNIS MALONEY, P.C.
AN ALASKA LAW FIRM
2525 "C" STREET, SUITE 425
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 770-0007
TELEFAX (907) 222-0007