P. DENNIS MALONEY, P.C.
2525 C Street, Ste. 425
Anchorage, AK  99503
(907) 770-7007
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALYESKA SALES AND SERVICE, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. A05-00216 CV (TMB) |

### REQUEST FOR STATUS CONFERENCE

Pursuant to the court's November 3, 2006 Order, plaintiff requests a status conference with the court.

P. DENNIS MALONEY, P.C.
Attorneys for Plaintiff

DATED: 11/19/06                       By: _____
                                      for P. Dennis Maloney
                                      AK Bar No. 7410089

REQUEST FOR STATUS CONFERENCE
*Peterson v. Alyeska Sales and Service, Inc.*, Case No. A05-216 CV (RBB)
Page 1 of 1