MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

  KRAIG PETERSON   vs.  ALYESKA SALES & SERVICE INC. 

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:05-CV-00216-TMB

DEPUTY CLERK/RECORDER:    Patty Demeter

APPEARANCES:    PLAINTIFF: Philip D. Maloney

              DEFENDANT: Donna M. Meyers

PROCEEDINGS: STATUS CONFERENCE (Held 12/6/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:04 a.m. court convened.

Court and counsel heard re status of case.

Court GRANTED motion for status conference at docket 20.

Court shall re-issue an Order re: Certifying Case Readiness for Trial in 60 days.

At 10:10 a.m. court adjourned.

DATE: December 6, 2006      DEPUTY CLERK'S INITIALS: pld