**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  KRAIG PETERSON   v.   ALYESKA SALES & SERVICE, INC.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                        CASE NO.  3:05-cv-00216-TMB

Elisa Singleton

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: April 6, 2007

      By order filed February 21, 2007, the court called upon the parties to report on the readiness of this case for trial. No report has been filed. Counsel shall confer with one another and file the required report on or before fifteen (15) days from the date of this minute order.