Donna M. Meyers
DELANEY, WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
(907) 279-3581 telephone
(907) 277-1331 fax

*Attorneys for Defendant*
*Alyeska Sales and Service, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>ALYESKA SALES AND SERVICE, INC.,<br><br>        Defendant. | Case No. A05-216 CV (TMB) |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 6, 2007, the parties have conferred and jointly certify as follows:

1.  Plaintiff is traveling from Montana this week for his deposition which is scheduled to take place on Friday, April 27, 2007, and plaintiff will also submit to an Independent Medical Examination ("IME") on Saturday, April 28, 2007;

2.  The deposition and IME of plaintiff may reveal the need for defendant to obtain additional discovery, and after the IME report is issued, plaintiff will decide whether to schedule the deposition of the IME examiner;

3. Given the above schedule for plaintiff's deposition and IME, and the need to complete the deposition and IME before the parties can determine whether additional discovery is needed, the parties require at least 60 days before they can submit a certificate of readiness of trial.

DATED this 23rd day of April, 2007, in Anchorage, Alaska.

> DELANEY WILES, INC.
> Attorneys for Defendant
> Alyeska Sales and Service, Inc.
>
> s/Donna M. Meyers (CONSENT)
> Alaska Bar No.: 9006011
> dmm@delaneywiles.com
> 1007 West Third Avenue, Suite 400
> Anchorage, Alaska  99501
> PHONE: 279-3581/FAX: 277-1331
>
>
> P. DENNIS MALONEY, P.C.
> Attorneys for Plaintiff Kraig Peterson
>
> s/P. Dennis Maloney (CONSENT)
> AK Bar No.: 7410089
> 2525 C Street, Suite 425
> Anchorage, Alaska  99503
> PHONE: 770-0007/FAX: 222-0007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day
of April, 2007, a copy of the foregoing
**JOINT STATUS REPORT**
was served electronically on:

P. Dennis Maloney and
Jeffrey Magid
2525 C Street, Suite 425
Anchorage, Alaska 99503

s/Donna M. Meyers (129912)