Donna M. Meyers
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581 telephone
(907) 277-1331 fax

Attorneys for Defendant
Alyeska Sales and Service, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALYESKA SALES AND SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. A05-216 CV (TMB) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff KRAIG PETERSON, by and through his counsel of record, stipulates and agrees to dismiss with prejudice all claims in this lawsuit against defendant ALYESKA SALES AND SERVICE, INC., including all claims asserted or which could have been asserted, with said parties bearing their own costs and attorneys fees, on the grounds and for the reasons that all issues raised or which could have been raised in this litigation have been fully and finally compromised and settled to the satisfaction of plaintiff KRAIG PETERSON and defendant ALYESKA SALES AND SERVICE, INC., and there are no further issues remaining for determination.

This stipulation is entered in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), providing that an action may be dismissed without order of the court by filing a stipulation for dismissal signed by all parties to the action.

|  |  |
|---|---|
|  | DELANEY WILES, INC.<br>Attorneys for Defendant<br>Alyeska Sales and Service, Inc. |
| Date: 10/3/07 | /s/Donna M. Meyers (CONSENT)<br>AK Bar No.: 9006011<br>DELANEY WILES, INC.<br>1007 West Third Avenue, Suite 400<br>Anchorage, Alaska   99501<br>(907) 279-3581 telephone<br>(907) 277-1331 fax |
|  | P. DENNIS MALONEY, P.C.<br>Attorneys for Plaintiff Kraig Peterson |
| Date: 10/3/07 | /s/P. Dennis Maloney (CONSENT)<br>AK Bar No.: 7410089<br>2525 C Street, Suite 425<br>Anchorage, Alaska   99503<br>(907) 770-0007 telephone<br>(907) 222-0007 fax |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2007, a copy of the foregoing was served electronically on:

P. Dennis Maloney and
Jeffrey Magid
2525 C Street, Suite 425
Anchorage, Alaska 99503

s/Donna M. Meyers (134536)