Donna M. Meyers
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
(907) 279-3581 telephone
(907) 277-1331 fax

Attorneys for Defendant
Alyeska Sales and Service, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALYESKA SALES AND SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. A05-216 CV (TMB) |

**(PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court upon stipulation of the parties and the Court being fully apprised in the premises, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, all parties bearing their own costs and attorney's fees.

DATED at Anchorage, Alaska, this ____ day of October, 2007.

_____
Timothy M. Burgess, U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of October, 2007, a copy of the foregoing was served electronically on:

P. Dennis Maloney and
Jeffrey Magid
2525 C Street, Suite 425
Anchorage, Alaska 99503

s/Donna M. Meyers (134539)