IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRAIG PETERSON, )<br>)<br>　　　　Plaintiff, )<br>)<br>　vs. )<br>)<br>ALYESKA SALES AND SERVICE, )<br>INC., )<br>)<br>　　　　Defendant. )<br>_____ ) | Case No. 3:05-cv-216  TMB |

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court upon stipulation of the parties and the Court being fully apprised in the premises, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, all parties bearing their own costs and attorney's fees.

DATED at Anchorage, Alaska, this 9th day of October, 2007.

　　　　　　　　　　　　　/s/ Timothy M. Burgess
　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　 U.S. DISTRICT COURT JUDGE